

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0198-24

**JAMES DORA, JR.**, Appellant

**v.**

**THE STATE OF TEXAS**

---

**ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE SEVENTH COURT OF APPEALS LUBBOCK COUNTY**

---

*Per curiam.*

## O P I N I O N

We granted Appellant, James Dora Jr.'s, petition for discretionary review to determine whether the Fifth Court of Appeals erred in holding that the jury need only find the defendant acted recklessly to convict him of aggravated robbery under the "intent to promote or assist" theory of party liability. *See* Tex. Penal Code Ann.

§ 7.02(a)(2). Having examined the records and briefs, we conclude that our decision to grant was improvident. We therefore dismiss Appellant's petition for discretionary review as improvidently granted.

Delivered: March 12, 2026

Do Not Publish